# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ROBERT K. ROCKAMORE, JR.**
**ADC #086163**                                                                                   **PLAINTIFF**

**V.**                              **CASE NO.: 4:09CV00264 GTE/BD**

**DR. JOHNSON, et al.**                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this  8th   day of May, 2009.


                                           _/s/Garnett Thomas Eisele_____
                                           UNITED STATES DISTRICT JUDGE